## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | | |
|---|---|---|
| TERRANCE FORD, | ) | Civil Action No. 4:17-cv-0787-RBH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **QUALIFIED PROTECTIVE ORDER** |
| | ) | |
| OLIVER WAYNE CAMPBELL, | ) | |
| TOWN OF LAKE VIEW, TOWN | ) | |
| OF LAKE VIEW POLICE DEP'T, | ) | |
| and JACKSON WINKELER, | ) | |
| | ) | |
| Defendants. | | |

Plaintiff seeks damages for alleged personal injury arising from a traffic stop and subsequent events in Dillon County, South Carolina, on January 20, 2016. Defendants seek an Order pursuant to 45 C.F.R. § 164.512(e) of the Privacy Standards promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") and South Carolina Code § 44-22-100 compelling the production of all medical records, including mental health records, of the Plaintiff, Terrance Ford (DOB: xx/xx/xxxx, SSN: xxx-xx-xxxx), that would otherwise be protected from disclosure. Plaintiff's counsel has consented to this request. This Court finds that disclosure is necessary for the conduct of these proceedings and that failure to make the disclosure would unfairly prejudice the Defendants and would be contrary to the public interest. The parties agree to comply fully with the terms and conditions of this Order.

1. This Order shall apply to the production of all documents produced pursuant to HIPAA, such documents hereinafter referred to "Records from all healthcare providers". All medical providers, including but not limited to, all mental health providers, shall

produce all of Terrance Ford's medical/mental health records to Defendants upon presentation of this order.

2.     The Records of the plaintiff, Terrance Ford, of any healthcare provider shall be used only in the course of the above-captioned proceedings and shall be provided to all counsel of record.

3.     All physicians, nurses, medical providers and records custodians shall comply with subsequent subpoenas from any counsel in this case for additional information and/or deposition/court appearance.

4.     Upon conclusion of this action, the Records from all healthcare providers, and all copies thereof, shall either be returned to the plaintiff's counsel or destroyed.

5.     By approval of this Order, the parties agree to be bound by the conditions of this Order.

**AND IT IS SO ORDERED.**

May 10, 2017                                              s/Thomas E. Rogers, III
Florence, South Carolina                          United States Magistrate Judge